R. E. CRESSEY, Surviving Partner, v. HENRY LOCHNER and
HANNA LOCHNER, Appellants, and HENRY
HEIGHTMAN.

**Affirmance:** IMPROPERLY PREPARED ABSTRACT. Under Supreme
Court Rule 21, providing that, when appellant fails to comply
with the rule requiring only so much of the record as may be
necessary to a full understanding of the question presented for
decision to be included in the abstract, the court may affirm the
judgment without considering the appeal, an appeal will be af-
firmed where appellant presents as his abstract a record of one
hundred pages, containing the reporter's notes of the testimony,
consisting of questions and answers; the court being, also, satis-
fied that the judgment appealed from is correct.

*Appeal from Clinton District Court.*—HON. P. B. WOLFE,
Judge.

SATURDAY, OCTOBER 21, 1899.

THE plaintiff, a subcontractor under the defendant
Heightman, who contracted with the defendant Lochner for
the erection of a barn, brings this action to establish and
foreclose a mechanic's lien for lumber furnished for the
construction of said barn, and for a judgment for ninety-
eight dollars and ninety-eight cents balance due therefor.
The issue joined is as to whether the defendant Lochner is
indebted to the defendant Heightman on account of the erec-
tion of said barn. Judgment and decree were rendered in
favor of the plaintiff, from which the defendant Lochner
appeals.—*Affirmed.*

*T. W. Hall* for appellant.

*W. J. Rogers* for appellee.

GIVEN, J.—Appellant's counsel, in his brief, yet very thorough, argument of the single issue, says, with propriety: "I do not believe that it is necessary to inflict upon the court any very extended argument of this matter." He was not so considerate in preparing his so-called "abstract." Therein he presents the oral testimony in about one hundred pages, consisting throughout of questions and answers. It is not an abstract, but a transcript of the reporter's extended notes of the testimony. Section 4118 of the Code provides that "printed abstracts of the record shall be filed in accordance with rules established by the supreme court." Rule 21 is as follows: "Sec. 21. If it appear from an inspection of the abstract that the appellant has negligently or intentionally failed to comply with the rule requiring only so much of the record as may be necessary to a full understanding of the question presented for decision to be included therein, the court may, in its discretion, order a new abstract prepared in conformity with such rule or affirm the judgment of the lower court without considering the appeal." It is not an abstract such as might have been included in a few pages, but one hundred pages of transcript of the reporter's notes, that is presented for our consideration. This is such a disregard of the rule that we feel called upon to say that because of it the judgment of the lower court should be affirmed. See *Philips v. Crips,* 108 Iowa, 605. We are the better content with this result, as we are satisfied that the judgment of the district court is correct.—AFFIRMED.